UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORIO,

        Plaintiff,

- against -

CUSHMAN AND WAKEFIELD, ET AL.,

        Defendants.

22-cv-10980 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated at the September 8, 2022 teleconference, the defendants' pending motion to dismiss, ECF No. 12, is **denied as moot**.

The plaintiff may file an amended complaint by **June 23, 2023**. The defendant may move or answer by **July 21, 2023**. If the defendant moves to dismiss, the plaintiff may respond by **August 18, 2023** and the defendant may reply by **September 5, 2023**.

The pro se plaintiff may seek legal advice and assistance from the New York Legal Assistance Group (NYLAG) whose flyer is attached to this Order.

The Clerk's Office should mail a copy of this Order and its attachment to the pro se plaintiff and note service on the docket.

SO ORDERED.
Dated:    New York, New York
          May 23, 2023

                                            John G. Koeltl
                                   United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

    Room LL22
    40 Foley Square
    New York, NY 10007
    (212) 659 6190

    Open weekdays
    10 a.m. – 4 p.m.
    Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of
UJA Federation
of New York