UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDREW TORIO,

                **Plaintiff,**

      -against-

**CUSHMAN AND WAKEFIELD, et al.,**

                **Defendants.**

-------------------------------------------------------------X

22-CV-10980 (JGK)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    A conference is scheduled for Wednesday, May 31, 2023, at 2:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of this call is to discuss procedures and dates for an upcoming settlement conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 24, 2023
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2023