# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

ANDREW TORIO,

                Plaintiff,

-against-                                    22 **CIVIL** 10980 (JGK)

**JUDGMENT**

CUSHMAN & WAKEFIELD U.S., INC., ET AL.

                Defendant.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 14, 2023, the defendants' motion to dismiss is granted. Accordingly, the case is closed.

**Dated:** New York, New York

      December 14, 2023

                                                RUBY J. KRAJICK
                                                  Clerk of Court

                            BY: _____
                                                  **Deputy Clerk**